**Dismissed and Opinion Filed April 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00209-CV**

**IN RE WINCO FOODS, LLC, Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08052**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Partida-Kipness

Before the Court is relator's April 7, 2022 unopposed motion to dismiss this original proceeding. In the motion, relator informs the Court that the underlying litigation has been settled. We grant relator's motion and dismiss this original proceeding.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220209F.P05